## 30647. BREWER *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of voluntary manslaughter. The evidence amply authorized the verdict, and counsel for the defendant concede in their brief that the verdict was supported by the evidence. Under the facts of the case, none of the special grounds of the motion for new trial are meritorious. The denial of a new trial was not error.

Judgment affirmed. *MacIntyre and Gardner, JJ., concur.*

DECIDED DECEMBER 5, 1944.

*Howard, Camp & Tiller,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Durwood T. Pye,* contra.